JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  John_Reichmuth@fd.org

Counsel for Defendant PIKE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK PIKE,<br><br>Defendant. | Case No.: CR 23–0387 JST (KAW)<br><br>**[PROPOSED] ORDER OF RELEASE AND SETTING OF EMERGENCY RELEASE CONDITIONS** |

**[PROPOSED] ORDER**

The Pretrial Services Agency, The Court, The U.S. Marshals Service, and the parties have been advised that due to the medical emergency that occurred in court at the hearing on January 10, 2024, Mr. Pike has been hospitalized, and that doctors intend to transfer him to another hospital. This is necessitating full-time monitoring by the Marshals Service, because Mr. Pike is in their custody. The parties agree that Mr. Pike can be placed on electronic monitoring on lockdown in the hospital, without a Marshals Security detail, without visitors, and surrender to the Marshals Service upon release from the hospital. Therefore, it is

1     ORDERED that Mr. Pike be released forthwith from the custody of the United States Marshals
2 Service. Further, it is
3     ORDERED that Mr. Pike remain at the hospital at all times on electronic monitoring, without
4 visitors. Further, it is
5     ORDERED that Mr. Pike report to the United States Marshals Service directly and immediately
6 upon his release from the hospital by medical staff.

    IT IS SO ORDERED.

    DATED: January___ 2024

                                                    Hon. Kandis A. Westmore
                                                    United States Magistrate Judge