**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**JOHN PAUL REICHMUTH**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Cellular Telephone:  (415) 517-4879
Email:  Joyce_Leavitt@fd.org

March 26, 2024

The Honorable Kandis A. Westmore
United States Magistrate Judge
1301 Clay Street, Courtroom 4
Oakland, CA 94612
Attn: Courtroom Deputy William Tabunut

***US v. Mark Pike*, CR 23-00387 JST (KAW)**

Your Honor:

      I write to give the Court an update on Mr. Pike's medical condition.  As the Court is aware, Mr. Pike was hospitalized after he lost consciousness during a detention hearing on January 9, 2024.  The Court and the parties corresponded on the weekend of January 13, 2024 about an emergency release, so the Marshals would not need to escort Mr. Pike 24 hours a day at the hospital, but this was ultimately not ordered, because of the unfeasibility of electronic monitoring at the hospital.

      Early in the process, I was informed that Mr. Pike had cancer and needed surgery.  But since that time, Mr. Pike has returned to Santa Rita.  I have spoken with UCSF and received medical records, but I was given the impression that UCSF did not yet have a diagnosis or treatment plan for Mr. Pike.  I understood that Mr. Pike was awaiting a follow up visit at UCSF after which the defense would be able to advise the Court of Mr. Pike's diagnosis, treatment plan, length of recovery time, and recommended setting for recuperation.

      I later understood that two follow-up visits for Mr. Pike had been canceled.  I inquired of the Marshals Service about the follow up cancelations.  I was advised on February 28, 2024: "An Oncology follow-up was approved by USMS on 2/27/24. Unsure of the next appointment at this time. SRJ Medical typically schedules these appointments, but it has been approved on our end."

      I later learned that no follow up visit had occurred as of March 18, and it did not appear that Santa Rita was aware that they were scheduling it, so I inquired again.  I was informed by the Marshals Service, "Mr. Pike was previously being seen at UCSF Oncology department. However, this fell apart due to the lack of USMS not providing a Letter of Agreement for care (USMS Policy states we do not enter in any contracts or agreements with medical providers). SRJ medical staff are now working with Highland Hospital Head and Neck Surgery department to resolve Mr. Pikes medical issues. This has already been approved and we will be advised once

SRJ lets us know it has been scheduled. They did advise us that they are working diligently to get Mr. Pike seen ASAP."

I wanted to update the Court both to explain why the defense has not put the matter back on calendar to complete the detention hearing and to apprise the Court of the medical situation. I don't have much more information than I did on the date of the incident, except that there is a significant mass which may be cancerous.

I will request that the matter be set on the Court's calendar once I have better information, or if the follow up appointment is again delayed. Either way, we will request release. If there is a follow up visit, the treatment course will inform the release suggestions. If not, we will seek release for an immediate follow up visit given that this has not happened in over 60 days. Please let me know if there is anything my office can do to assist the Court.

Sincerely,

JODI LINKER
Federal Public Defender
Northern District of California

/S/

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc:   Maya Karwande, AUSA
      Kalisi Kupu