# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | **RE:** | PIKE, Mark |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:24-CR-00387-JST-1 |
| **Date:** | 5/16/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson     415-837-3962

United States Pretrial Services Officer Specialist     **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Violation Hearing in **Oakland Courtroom No. 4, 3rd. Floor** on **May 20, 2025** at **10:30 AM.**

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐         Modification(s)

A. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐         Other Instructions:

_____

_____

*/s/ Kandis Westmore*     May 16, 2025
**KANDIS A. WESTMORE**     **DATE**
**U.S. MAGISTRATE JUDGE**
**JUDICIAL OFFICER**