Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
Marc Price Wolf (SBN: 254495)
mpricewolf@paulweiss.com
Erika K. Hoglund (SBN: 327781)
ehoglund@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant*
MARK PIKE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:23-CR-00387-JST (KAW) |
| *Plaintiff*, | |
| vs. | **DEFENDANT'S SENTENCING VIDEO** |
| MARK PIKE, | |
| *Defendant*. | |

Defendant Mark Pike respectfully submits his Sentencing Video for the Court's review, in support of his Sentencing Memorandum.

Respectfully submitted,

Dated:  February 24, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Marc Price Wolf*
Walter F. Brown
Marc Price Wolf
Erika Hoglund

*Attorneys for Defendant Mark Pike*

Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
Marc Price Wolf (SBN: 254495)
mpricewolf@paulweiss.com
Erika K. Hoglund (SBN: 327781)
ehoglund@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant*
MARK PIKE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:23-CR-00387-JST (KAW) |
| *Plaintiff*, | |
| vs. | **MANUAL FILING NOTIFICATION** |
| | |
| MARK PIKE, | |
| *Defendant*. | |

**Regarding: DEFENDANT'S SENTENCING VIDEO**.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

NOTICE OF MANUAL FILING                    - 2 -                    CASE NO. 4:23-CR-00387-JST

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description):

**_X Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media**

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description)

Respectfully submitted,

Dated:  February 24, 2026                    PAUL, WEISS, RIFKIND, WHARTON &
                                             GARRISON LLP


                                             By:  */s/ Marc Price Wolf*
                                                   Walter F. Brown
                                                   Marc Price Wolf
                                                   Erika Hoglund

                                             *Attorneys for Defendant Mark Pike*